WELLS, Respondent, v. CITY OF BROOKLYN, Appellant. (Supreme Court, Appellate Division, Second Department. October 26, 1897.) Action by Samuel Wells against the city of Brooklyn. No opinion. Judgment and order unanimously affirmed, with costs, upon the opinion on previous appeal. See 9 App. Div. 61, 41 N. Y. Supp. 143. See 41 N. Y. S. 1135. The defendant may have leave to appeal to the court of appeals.

WEMPLE v. HAWENSTEIN. (Supreme Court, Appellate Division, Third Department. May 5, 1897.) Action by John Wemple against John J. Hawenstein. No opinion. Motion to dismiss the appeal denied upon payment by appellant's attorney of $10 costs, and upon service of proper papers of the appeal upon the respondent's attorney by the second Tuesday of this term, and by consenting to an argument of the case at this term, if respondent's attorney desires. See 46 N. Y. Supp. 288.

WEST, Respondent, v. PAULEY et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 28, 1897.) Action by Wayland D. West against Kate Pauley and others. No opinion. Interlocutory judgment affirmed, with costs.

WESTERN SAV. BANK OF BUFFALO v. KNIGHT et al. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by the Western Savings Bank of Buffalo against Jennie Knight and others, including Lucy E. D. Smith, appellant, and Charlotte B. Loomis, respondent. No opinion. Order affirmed, with costs.

WILCOX, Appellant, v. SELLECK, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Edwin Wilcox against Wilbur H. Selleck, as sheriff, etc. No opinion. Judgment and order affirmed, with costs. See 36 N. Y. Supp. 633.

WOODSIDE WATER CO., Appellant, v. LONG ISLAND CITY, Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1897.) Action by the Woodside Water Company against Long Island City. No opinion. Motion for leave to intervene denied, without costs, and reargument of appeal ordered.

WRIGHT, Respondent, v. DUNNIGAN, Appellant. (Supreme Court, Appellate Division, Third Department. September 8, 1897.) Action by Helen S. Wright against John Dunnigan. No opinion. Judgment affirmed, with costs.

YORAN v. HAVILAND. (Supreme Court, Appellate Division, First Department. May 14, 1897.) Action by Frank Yoran, as executor, against Margaret E. Haviland. No opinion. Motion granted.

YUTTE v. PURSCH et al. (Supreme Court, Appellate Division, First Department. May 14, 1897.) Action by Henry Yutte, Jr., against Frank Pursch and others. No opinion. Motion granted, with $10 costs.